No. 90–6308.  GRAY v. BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF EL PASO, COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–6310.  YOUNG v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–6312.  FRANCO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–6316.  SARDINA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6319.  BRIGHT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–6321.  TRIBELL v. HATFIELD, WARDEN, ET AL.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 90–6327.  JACECKO v. WEST CHESTER STATE UNIVERSITY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–6331.  HAWKINS ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6333.  HOLMES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6335.  BRANT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–6341.  GALLARDO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6342.  EPPS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–6343.  FILIBERTO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–6346.  MARTINEZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–6348.  GRIFFIN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.